# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 283 | **DATE** | 5/20/2004 |
| **CASE TITLE** | FACTORY MUTUAL INSURANCE COMPANY vs. BOBST GROUP, INC. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Final judgment is entered as to defendant's counterclaim pursuant to Federal Rule of Civil Procedure 59(b).

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | MAY 2 1 2004 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 95 |
| ✓ | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | U.S. DISTRICT COURT CLERK | | |
| | | | date mailed notice | |
| LG | courtroom deputy's initials | 2004 MAY 20 PM 3:15 | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FACTORY MUTUAL INSURANCE )
COMPANY, as Subrogee of Wm. )
Wrigley Jr. Company, )
)
       Plaintiff, )
)
vs. ) No. 02 C 283
)
BOBST GROUP, INC., )
)
       Defendant. )
and )
)
BOBST GROUP, INC., )
)
       Third party plaintiff, )
)
vs. )
)
FACTORY MUTUAL ENGINEERING )
ASSOCIATION, etc., et al., )
)
       Third party defendants. )

## MEMORANDUM OPINION AND ORDER

On March 15, 2004, we granted plaintiff's motion for summary judgment on defendant's counterclaim, essentially a claim for contribution. Defendant now seeks entry of a final judgment, permitting an immediate appeal. That motion is granted.

While the substance of what went wrong with the press and why substantially overlap in the claims and counterclaim, that subject was never reached. Rather, the outcome turned on whether or not plaintiff had a duty, a distinct issue. If that issue is appealed and the Court of Appeals reverses, the potential liability of plaintiff can be determined in one trial, not in a possible second trial. Much discovery, including experts, remains to be done. And if it

affirms, the matter will be concluded without ever reaching issues that might be raised in an appeal following trial of the remaining claims.

We direct entry of a final judgment as to defendant's counterclaim pursuant to Federal Rule of Civil Procedure 59(b), there being no just reason for delay.

_____
JAMES B. MORAN
Senior Judge, U. S. District Court

May 20, 2004.